# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Stacy N. Bundick,<br><br>　　　　Debtor. | Case No. 22-10244-mdc<br><br>Chapter 13 |

**Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, Debtor Stacy N. Bundick, by and through her attorney, moves this Court for approval of a modified chapter 13 plan. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on February 1, 2022.
2. The trustee in this case is Kenneth E. West.
3. The plan was confirmed on July 21, 2022.
4. The Debtor hereby requests approval of the modified plan filed as ECF No. 96.
5. The modified plan corrects an error in the recently-modified plan; the amount already paid to the trustee in the previous plan was wrong.

**NOW, THEREFORE**, the Debtor asks this Court to approve the modified plan and to grant such other relief in her favor as may be necessary and proper under the law.

Date: December 12, 2023　　　　　　　　　CIBIK LAW, P.C.
　　　　　　　　　　　　　　　　　　　　*Counsel for Debtor*

　　　　　　　　　　　　　　　　　　　　By: /s/ Michael I. Assad
　　　　　　　　　　　　　　　　　　　　Michael I. Assad (#330937)
　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com