# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Stacy N. Bundick,

        Debtor.

Case No. 22-10244-mdc

Chapter 13

## Certificate of Service

       I certify that on this date I served a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan along with the notice, proposed order, and proposed plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bridgecrest Credit Company LLC
PO Box 29018
Phoenix, AZ 85038

Philadelphia Parking Authority
Bankruptcy Department
701 Market Street
Suite 5400
Philadelphia, PA 19106

NPRTO North-East, LLC
256 West Data Drive
Draper, UT 84020

PECO Energy Company
2301 Market Street, 04 NW
Philadelphia, PA 19101

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-9617

Office of UC Benefits
UI Payments Services
P.O. Box 67503
Harrisburg, PA 17106-7503

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773

Grand Canyon University
Attn: Bankruptcy
PO Box 11097
Phoenix, AZ 85061

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Date: December 12, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com