**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 22-10244-mdc |
|---|---|
| Stacy N. Bundick, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The modified plan filed as ECF No. 96 is **APPROVED**.

Date: January 12, 2024

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge