# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Stacy N. Bundick,<br><br>        Debtor. | Case No. 22-10244-DJB<br><br>Chapter 13 |

### Supplemental Application for Compensation by Debtor's Counsel

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses performed after confirmation of the plan.

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 on February 1, 2022.

3. This Court previously confirmed a Chapter 13 Plan allowing compensation pursuant to L.B.R. 2016-3(a)(2) in the amount of $4,250.00.

4. Applicant requests an award of supplemental compensation of $1,000.00 for 2.90 hours expended in providing the following services (hourly rates of $350 per attorney hour and $125 per paralegal hour):

| Work Completed | By Whom | Hours |
|---|---|---|
| Motion to modify plan/modified plan (08/2023) | Attorney | 1.20 |
| Motion to modify plan/modified plan (12/2023) | Attorney | 1.20 |
| Client contact | Attorney | 0.40 |
| Drafting fee application | Attorney | 0.10 |

5. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

**NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: May 7, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

2