# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Stacy N. Bundick,

        Debtor.

Case No. 22-10244-DJB

Chapter 13

## Certificate of Service

I certify that on this date, I caused this supplemental application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Stacy N. Bundick
416 Hosta Court
Warrington, PA 18976

Date: May 7, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com